UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. Case No. 1:21-cv-05050<br>) |
| FRONTIER COMMUNICATIONS<br>CORPORATION, | ) **AFFIDAVIT**<br>)<br>) |
| Defendant. | )<br>) |

I, Lucy Grace D. Noyola, declare and testify as follows:

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on June 15, 2021, in Washington, DC.

_____
Lucy Grace D. Noyola

District of Columbia

Signed and sworn to (or affirmed) before me on 06/15/2021 by Lucy Grace D Noyola

_____
Notary Public
My Commission Expires: 08/14/2024