# Exhibit B

Ruben Castillo (pending *pro hac vice*)
**AKERMAN LLP**
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Tel: (312) 634-5700
Email: ruben.castillo@akerman.com

Ildefonso Mas (pending *pro hac vice*)
**AKERMAN LLP**
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Tel: (202) 393-6222
Email: Ildefonso.mas@akerman.com

Massimo F. D'Angelo
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel: (212) 880-3800
Email: massimo.dangelo@akerman.com

**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al*,<br><br>    Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>    Defendant. | Case No. 1:21-cv-05050<br><br>**AFFIDAVIT OF RUBEN CASTILLO IN SUPPORT OF MOTION FOR <u>ADMISSION *PRO HAC VICE*</u>** |

STATE OF ILLINOIS    )
             )
COUNTY OF COOK     )

Ruben Castillo hereby states:

1. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

- 1 -

2. I am a partner at Akerman LLP, counsel for Defendant Frontier Communications Corporation in this action.

3. I am a member in good standing of the bar of the State of Illinois. A Certificate of Good Standing from this jurisdiction is attached hereto as Exhibit A.

4. I am admitted to practice before the Northern District of Illinois.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred or denied admission or readmission in any court.

Dated:  Chicago, Illinois
        June 29, 2021

Respectfully submitted,

*[signature]*

Ruben Castillo (pending *pro hac vice*)
**AKERMAN LLP**
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Tel: (312) 634-5700
Email: ruben.castillo@akerman.com

mailto:joel.bertocchi@akerman.com

- 2 -

STATE OF ILLINOIS        )
                         )
COUNTY OF COOK           )

  The foregoing instrument was sworn to and subscribed before me by means of physical presence this 29th day of June, 2021, by **Ruben Castillo**, who produced a driver's license for identification.

> KESHA L. CARTHEN
> OFFICIAL SEAL
> Notary Public - State of Illinois
> My Commission Expires Jan 17, 2023

_____
NOTARY PUBLIC, STATE OF ILLINOIS

*Kesha L. Carthen* (Print, Type or Stamp Commissioned Name of Notary Public)

Kesha L. Carthen   6/29/2021

- 3 -