

Rubén Castillo

Akerman LLP
71 South Wacker Drive
47th Floor
Chicago, IL  60606

T: 312 634 5700
F: 312 424 1900

**VIA CM/ECF**

July 15, 2021

The Honorable Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **RE: UMG Recordings, Inc. et al. v. Frontier Communications Corporation,
      1:21-cv-05050-AT, Related Cases 1:21-cv-5253 and 1:21-cv-05708-AT**

Judge Torres:

The parties stipulate and jointly request that the Court set July 26, 2021, as the deadline for Frontier to answer or otherwise plead in case number 1:21-cv-05050-AT. Thank you for your time and attention to this matter.

      Sincerely,

*/s/ Matthew J. Oppenheim*
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
(202) 450-3958
matt@oandzlaw.com
*Attorney for Plaintiffs*

*/s/ Rubén Castillo*
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
(312) 634-5700
ruben.castillo@akerman.com
*Attorney for Frontier Communications Corporation*

akerman.com