```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/2/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, ABKCO MUSIC & RECORDS, INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, SONY MUSIC ENTERTAINMENT US LATIN, ZOMBA RECORDING LLC, ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., LAVA RECORDS LLC, RHINO ENTERTAINMENT LLC, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, AND WARNER RECORDS INC.,

Plaintiffs,

-against-

FRONTIER COMMUNICATIONS CORPORATION,

Defendant.

21 Civ. 5050 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 26–27. Accordingly:

1. Defendant's request to file a motion to stay is GRANTED;
2. By **August 12, 2021**, Defendant shall file its motion to stay;
3. By **August 26, 2021**, Plaintiffs shall file their opposition papers; and
4. By **September 2, 2021**, Defendant shall file its reply, if any.

Defendant's deadline to answer or otherwise respond to the complaint is ADJOURNED until 7 days after the Court's ruling on its motion to stay.

SO ORDERED.

Dated: August 2, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge