USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/11/2021__

# akerman

47th Floor
Chicago, IL  60606

T: 312 634 5700
F: 312 424 1900

VIA CM/ECF

August 5, 2021

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **RE: UMG Recordings, Inc. et al. v. Frontier Communications Corporation,**
          **1:21-cv-5050-AT and related case numbers 1:21-cv-5253-AT and**
          **1:21-cv-5708-AT**

Judge Torres:

We represent Defendant Frontier Communications Corporation ("Frontier") in the above captioned case, case number 1:21-cv-5050, and we write to request that, in light of the Court's recent order extending the deadlines in this case (ECF No. 28) until after a decision on Frontier's forthcoming motion to stay, the deadline to provide a jointly proposed case management plan by August 9, 2021, *see* ECF No. 9, similarly be extended until 7 days after the Court's decision on the motion to stay.

The deadline to file the case management plan has not yet been extended, and counsel for Frontier has conferred with counsel for Plaintiffs, who does not oppose or object to this time extension.

Thank you for your time and consideration of this matter.

---

GRANTED.  The deadline for submitting a joint letter and jointly proposed case management plan is ADJOURNED to seven days after the Court's decision on Defendant Frontier's forthcoming motion to stay.

SO ORDERED.

Dated: August 11, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge