```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/25/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, ABKCO MUSIC & RECORDS, INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, SONY MUSIC ENTERTAINMENT US LATIN, ZOMBA RECORDING LLC, ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., LAVA RECORDS LLC, RHINO ENTERTAINMENT LLC, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, AND WARNER RECORDS INC.,

Plaintiffs,

-against-

FRONTIER COMMUNICATIONS CORPORATION,

Defendant.

21 Civ. 5050 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' papers at ECF Nos. 31–36. The motion for a stay is GRANTED and the case is STAYED pending the Court's decision on the motion to withdraw reference in 21 Civ. 5253, ECF No. 1. Within seven days of a decision on the motion to withdraw reference, the parties shall file a joint letter stating if the stay should remain in place.

The Clerk of Court is directed to terminate the motion at ECF No. 31.

SO ORDERED.

Dated: February 25, 2022
       New York, New York

ANALISA TORRES
United States District Judge