```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/13/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, ABKCO MUSIC & RECORDS, INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, SONY MUSIC ENTERTAINMENT US LATIN, ZOMBA RECORDING LLC, ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., LAVA RECORDS LLC, RHINO ENTERTAINMENT LLC, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, AND WARNER RECORDS INC.,

Plaintiffs,

-against-

FRONTIER COMMUNICATIONS CORPORATION,

Defendant.

21 Civ. 5050 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 40–41. Accordingly:

1. Plaintiffs' request to file a motion to lift the stay is GRANTED;
2. By **October 17, 2022**, Plaintiffs shall file their motion to lift the stay;
3. By **October 31, 2022**, Defendant shall file its opposition papers; and
4. By **November 7, 2022**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: September 13, 2022
New York, New York

ANALISA TORRES
United States District Judge