

Matthew J. Oppenheim
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.3958
matt@oandzlaw.com

April 24, 2023

*Via Email and ECF*

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** *UMG Recordings, Inc., et al. v. Frontier Communications Corporation,*
**Case No. 1:21-cv-05050-AT**
*UMG Recordings, Inc., et al. v. Frontier Communications Corporation,*
**Case No. 1:21-cv-05253-AT (related case)**

Dear Judge Torres:

      We represent Plaintiffs in the above-referenced cases and write to follow up on our letter of February 27, 2023 seeking a status conference with the Court to discuss the current state of the cases and that they remain stayed pending rulings on motions before the Court. Counsel for Defendant has not responded to the letter and our request for a status conference and the Court's assistance in helping to move the related cases forward remains unopposed. We are available to appear for the requested conference at the Court's earliest convenience.

                                                  Respectfully,

                                                  */s/ Matthew J. Oppenheim*

                                                  Matthew J. Oppenheim

cc: All counsel of record (via ECF)