UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/25/2023
```

UMG RECORDINGS, INC., CAPITOL
RECORDS, LLC, ABKCO MUSIC &
RECORDS, INC., SONY MUSIC
ENTERTAINMENT, ARISTA MUSIC,
ARISTA RECORDS LLC, SONY MUSIC
ENTERTAINMENT US LATIN, ZOMBA
RECORDING LLC, ATLANTIC
RECORDING CORPORATION, ELEKTRA
ENTERTAINMENT GROUP INC., LAVA
RECORDS LLC, RHINO
ENTERTAINMENT LLC, WARNER
MUSIC INC., WARNER MUSIC
INTERNATIONAL SERVICES LIMITED,
AND WARNER RECORDS INC.,

                              Plaintiffs,

              -against-                                  21 Civ. 5050 (AT)

FRONTIER COMMUNICATIONS                                  **ORDER**
CORPORATION,

                              Defendant.

ANALISA TORRES, District Judge:

        The Court has reviewed Plaintiffs' letters dated February 27 and April 24, 2023.  ECF Nos.
52–53.  Plaintiffs' request for a status conference is DENIED.  The Court shall issue a decision on the
pending motions in due course.

        SO ORDERED.

Dated: April 25, 2023
        New York, New York

                                                        ANALISA TORRES
                                                        United States District Judge