# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:*    (212) 885-5582
*Fax:*      (212) 931-9346
*Email:*    massimo.dangelo@blankrome.com

September 20, 2023

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**    Voltage Holdings, LLC et al v. Frontier Communications Corporation - Case No. 1:21-cv-05708-AT; *Related Case*: 1:21-cv-05050-AT

Dear Honorable Analisa Torres:

This letter is to inform you that the undersigned has changed law firms and respectfully requests to be removed from docket 1:21-cv-05708-AT. We request that this Court direct the Clerk of the Court to remove the undersigned from the docket and list of attorneys to be noticed in this matter on the Court's Case Management Electronic Case Files (CM/ECF) system.

Akerman LLP continues to serve as counsel for Defendant, Frontier Communications Corporation. Please continue to direct all correspondence and papers to them.

Very truly yours,

/s/ Massimo F. D'Angelo
Massimo F. D'Angelo
Partner

MFD/cm

999998.05634/133003326v.1