UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>                      Defendant. | Civ. Case No. 1:21-cv-05050-AT<br><br>Related Cases:<br>Civ. Case No. 1:21-cv-05253-AT;<br>Civ. Case No. 1:21-cv-05708-AT |

**NOTICE OF SETTLEMENT AND**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted by the parties in this action are hereby dismissed with prejudice, with each party to bear its own fees and costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, that each party hereby waives all rights to appeal any order in this case.

Dated: May 28 , 2025

| | |
|---|---|
| /s/ Matthew J. Oppenheim | /s/ Stanley A. Twardy, Jr. |
| Matthew J. Oppenheim | Stanley A. Twardy, Jr. |
| Jeffrey M. Gould | **DAY PITNEY LLP** |
| Corey Miller | One Stamford Plaza |
| Keith T. Howell | 263 Tresser Boulevard, 7th Floor |
| **OPPENHEIM + ZEBRAK, LLP** | Stamford, CT 06901 |
| 4350 Wisconsin Avenue, NW, Fifth Floor | Tel: (203) 977-7368 |
| Washington, DC 20016 | Fax: (866) 458-1037 |
| Telephone: (202) 480-2999 | |

Alexander Kaplan
Carly K. Rothman
Andrew L. Guerra
Lauren Bergelson
**OPPENHEIM + ZEBRAK, LLP**
461 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 951-1156

Jonathan B. Tropp
**DAY PITNEY LLP**
195 Church Street, 15th Floor
New Haven, CT 06510
Tel: (203) 977-7337
Fax: (203) 901-1733

*Counsel for Frontier Communications Corporation*

Michael Luskin
Stephan E. Hornung
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

*Counsel to the Record Company Claimants*

**SO ORDERED:**

Dated: May ____, 2025
New York, New York

_____
Hon. Analisa Torres