UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civ. Case No. 1:21-cv-05050-AT |
| FRONTIER COMMUNICATIONS CORPORATION, | ) ) Related Cases: ) Civ. Case No. 1:21-cv-05253-AT; |
| Defendant. | ) Civ. Case No. 1:21-cv-05708-AT ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Stanley A. Twardy, Jr. of the law firm Day Pitney LLP and admitted to the Bar of this Court hereby enters his appearance as counsel for Frontier Communications Corporation in the above-captioned action and respectfully requests that all subsequent papers be served upon him at the address indicated below.

Dated: May 28, 2025

                                                  */s/ Stanley A. Twardy, Jr.*
                                                Stanley A. Twardy, Jr. (SDNY Bar No. ST9589)
                                                **DAY PITNEY LLP**
                                                One Stamford Plaza
                                                263 Tresser Boulevard, 7th Floor
                                                Stamford, CT 06901
                                                Tel: (203) 977-7368
                                                Fax: (866) 458-1037

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, the foregoing **Notice of Appearance** was filed electronically. Notice of this filing will be sent by e-mail to all parties receiving electronic notification by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Stanley A. Twardy, Jr.*
Stanley A. Twardy, Jr.